# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1693

_____

Mehdijaffer Allyakber Mulla

*Plaintiff - Appellant*

v.

University of Minnesota; Regents of the University of Minnesota; Michael Kim; Julia Weston

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: February 3, 2022
Filed: February 25, 2022
[Unpublished]

_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Mehdijaffer Mulla appeals the district court's[1] dismissal of his complaint under, inter alia, Title IX and 42 U.S.C. § 1983. After careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. See Coons v. Mineta, 410 F.3d 1036, 1039 (8th Cir. 2005) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.